IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20868
Summary Calendar
_____

ESTHER GARDNER,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-3876
- - - - - - - - - -
April 11, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Esther Gardner appeals the district court's grant of summary judgment affirming the Commissioner of Social Security's determination that Gardner is not disabled within the meaning of the Social Security Act, 42 U.S.C. § 405(g). She argues that the rejection of her testimony concerning the frequency and duration of her transient ischemic attacks as not credible is not supported by substantial evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reasons stated by the district court.  See <u>Gardner v. Chater</u>, No. H-94-3876 (S.D. Tex. Sept. 8, 1995).

AFFIRMED.